UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| JOHN SEXTON, | ) | |
| | ) | CIVIL ACTION NO. 5:13-121 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| PERFORMANT RECOVERY, INC., et al. | ) | |
| | ) | |
| Defendants | ) | |

\* \* \* \* \* \* \* \* \* \* \* \*

This matter having come before the Court on Defendant's Notice of Settlement [DE 11],

IT IS HEREBY ORDERED:

1. Pending motions in the case are hereby deemed **MOOT**.

2. All pending deadlines are considered **SET ASIDE.**

3. This action shall be and hereby is **DISMISSED** and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated this 18th day of September, 2013.



Signed By:
*Karen K. Caldwell*  KKC
United States District Judge